```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 11895
   RICKEY M HALL
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7958

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/03/2007 and was confirmed 08/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.14%.

     The case was dismissed after confirmation 02/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID             PAID
------------------------------------------------------------------------------
NATIONAL AUTO FINANCE    SECURED VEHIC    10316.00          85.63           340.77
NATIONAL AUTO FINANCE    UNSECURED           58.75            .00              .00
NUVELL CREDIT CO LLC     NOTICE ONLY      NOT FILED          .00              .00
IL STATE DISBURSEMENT UN DSO ARREARS      NOT FILED          .00              .00
TOSHA ATKINS             NOTICE ONLY      NOT FILED          .00              .00
VANESSA HALL             NOTICE ONLY      NOT FILED          .00              .00
AMERICAN GENERAL FINANCE UNSECURED        NOT FILED          .00              .00
AMERICAN GENERAL         UNSECURED        NOT FILED          .00              .00
ROUNDUP FUNDING LLC      FILED LATE        2600.00           .00              .00
CITY OF CHICAGO PARKING  UNSECURED         1090.00           .00              .00
FIRST PREMIER BANK       UNSECURED        NOT FILED          .00              .00
IQ TELCOM                UNSECURED        NOT FILED          .00              .00
MAJESTIC STAR CASINO     UNSECURED        NOT FILED          .00              .00
NATIONAL QUICK CASH      UNSECURED        NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED          214.96           .00              .00
QC FINANCIAL SERVICES IN UNSECURED        NOT FILED          .00              .00
SANTA BARBARA BANK & TRU UNSECURED          600.00           .00              .00
SPRINT                   UNSECURED        NOT FILED          .00              .00
STANDARD BANK & TRUST CO UNSECURED        NOT FILED          .00              .00
TCF NATIONAL BANK        UNSECURED        NOT FILED          .00              .00
ASPIRE                   UNSECURED          661.08           .00              .00
VERIZON WIRELESS         UNSECURED        NOT FILED          .00              .00
WASHINGTON MUTUAL        UNSECURED        NOT FILED          .00              .00
CAPITAL ONE              UNSECURED          883.24           .00              .00
TIMOTHY K LIOU           DEBTOR ATTY       3,059.20                           .00
TOM VAUGHN               TRUSTEE                                            31.60
DEBTOR REFUND            REFUND                                            468.00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 11895 RICKEY M HALL
```

```
TRUSTEE                                           926.00

PRIORITY                                                         .00
SECURED                                                       340.77
     INTEREST                                                  85.63
UNSECURED                                                        .00
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                           31.60
DEBTOR REFUND                                                 468.00
                                      ----------------   ----------------
TOTALS                                        926.00           926.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/23/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 11895 RICKEY M HALL